## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 175 MAL 2018

          Respondent

v.

JAYSON MONTANEZ,

          Petitioner

: Petition for Allowance of Appeal
: from the **Unpublished Judgment**
: **Order** of the Superior Court at No.
: 279 MDA 2017 entered on February
: 12, 2018, **quashing and**
: **remanding** the Order of the
: Luzerne County Court of Common
: Pleas at No. CP-40-CR-0000160-
: 2015 entered on September 26,
   2016

## ORDER

**PER CURIAM**                        DECIDED: September 9, 2020

     **AND NOW**, this 9th day of September, 2020, the Petition for Allowance of Appeal
is GRANTED. The Superior Court's order is VACATED, and the matter is REMANDED
to the Superior Court for consideration in light of *Commonwealth v. McClelland*, ___ A.3d.
___, 2020 WL 4092109 (Pa. July 21, 2020).